United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 21-cv-00224-SVK |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DAVID MARK WARDA, et al., | |
| Defendants. | |

There having been no recent activity in this case, Plaintiff is ordered to file a statement no later than **July 20, 2021**, to show cause, if any, why the case should not be dismissed for failure to prosecute. The Parties are ordered appear for a hearing on this Order on **July 27, 2021 at 11:00 a.m.**

**SO ORDERED.**

Dated: June 30, 2021

_____

SUSAN VAN KEULEN
United States Magistrate Judge